LILLIAN M. MERCHANT, Respondent, v. ELIZABETH A. FROELICH, Doing Business as MODERNELLA BEAUTY SALON, Appellant.

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN CHARLES CLEMENT, Appellant. —

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.